# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| KEVIN FALK, | CASE NO. 1:17-CV-00401-BLW |
| PLAINTIFF, | ORDER |
| V. | |
| HP INC. A DELAWARE CORPORATION, | |
| DEFENDANT. | |

On August 23, 2018, counsel for Plaintiff and Defendant held a telephonic conference with the Court's clerks. At the parties' request IT IS HEREBY ORDERED that the deadlines in this case are stayed. The parties are instructed to file with the Court a joint notice on or before September 24, 2018 regarding (1) the parties' progress in resolving this case through alternative dispute resolution and (2) the parties' progress in resolving the discovery disputes described in Plaintiff's Motion Regarding Discovery Issues (Dkt. 56) and Defendant's Motion to Compel and Motion for Protective Order (Dkt. 55). Additionally, if the parties can reach agreement, they are directed to file a stipulated case management order for the Court's review.



DATED: August 23, 2018

B. Lynn Winmill
Chief Judge
United States District Court