UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN FALK,<br><br>　　　Plaintiff,<br><br>　　V.<br><br>HP INC., a Delaware Corporation,<br><br>　　　Defendant. | Case No. 1:17-cv-00401-BLW<br><br>ORDER |

**ORDER**

Pursuant to an agreement between the Parties, docket entries forty-one (41), fifty-five (55) and fifty-six (56) are hereby **DENIED WITHOUT PREJUDICE**.



DATED: October 11, 2018

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**