IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN FALK,<br><br>    Plaintiff,<br><br>v.<br><br>HP INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 1:17-cv-00401-BLW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Defendant HP Inc. and Plaintiff Kevin Falk (the "Parties"), by and through their undersigned counsel, filed a Stipulation of Dismissal with Prejudice, dated December 19, 2018 (ECF No. 68).

**IT IS HEREBY ORDERED** that the Parties' Stipulation of Dismissal with Prejudice is **GRANTED**. All claims and causes of action that were or might have been asserted in this case by Plaintiff against Defendant HP Inc. are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: December 24, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court